UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AVA PATE ROSENTHAL,

    Plaintiff,

v.                                             CASE NO. 8:20-cv-1571-WFJ-AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

    Before the Court is Plaintiff's timely unopposed motion for attorney's fees pursuant to 28 U.S.C. § 2412(d) of the Equal Access to Justice Act ("EAJA") with supporting documents (Dkt. 28) and the well-reasoned report issued by United States Magistrate Judge Sansone recommending fees be granted (Dkt. 29). Plaintiff represents that the Commissioner has no objections. Dkt. 28 at 3. After an independent review of the file, the Court adopts, affirms, and approves in all respects the Report and Recommendation (Dkt. 29), which is made a part of this Order for all purposes.

    Accordingly, it is **ORDERED and ADJUDGED**:

    1. The uncontested motion for EAJA fees and costs under 31 U.S.C. § 1304 (Dkt. 28) is granted.

2. Plaintiff, as the prevailing party, is awarded appropriate and reasonable attorney's fees in the amount of $3,734.77. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt, then pursuant to Plaintiff's assignment of the EAJA fees to Plaintiff's attorney (Dkt. 28-1) and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the fees may be paid directly to Plaintiff's counsel.

3. The Clerk of Court shall enter a judgment for attorney's fees ($3,734.77) and costs ($400) in favor of Plaintiff and against Defendant in the total amount of $4,134.77.

**DONE AND ORDERED** at Tampa, Florida, on September 7, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of record