UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AVA PATE ROSENTHAL,

    Plaintiff,
v.                                                       Case No. 8:20-cv-1571-WFJ-AAS
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff Ava Pate Rosenthal's construed motion for attorney fees under 42 U.S.C. § 406(b) (Dkt. 32) and the United States Magistrate Judge's report recommending that the motion be granted. Dkt. 34. The Commissioner does not oppose the motion. Dkt. 33 at 2. The time for filing objections has passed.

After an independent review of the file, the Court agrees with Judge Sansone's well-reasoned report and further finds the fees are reasonable. It is **ORDERED** as follows:

    1.  The Report and Recommendation (Dkt. 34) is adopted, affirmed, and approved in all respects and is made a part of this order for all purposes.

    2.  Plaintiff's unopposed motion for attorney's fees pursuant to 42 U.S.C. § 406(b) (Dkt. 32) is granted.

3. Plaintiff's counsel is awarded $39,173.68 in attorney's fees.

4. The Clerk of Court is directed to enter judgment accordingly. The case remains closed.

**DONE AND ORDERED** at Tampa, Florida, on March 20, 2025.

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of record